IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 21-22710 GLT |
| | ) | |
| Rachel M. Yantos, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Document No.: _____ |
| | ) | |

## TRUSTEE'S STATUS REPORT

The Trustee, Charles O. Zebley, Jr., files this status report:

1. The Debtor, Rachel M. Yantos ("Debtor"), originally commenced the within case by filing a voluntary petition for relief under chapter 7 of the Bankruptcy Code on December 27, 2021.

2. The meeting of creditors occurred on February 4, 2022.

3. The Trustee kept the meeting of creditors open because:

    (a) The Debtor's real estate may have some value beyond what she could exempt.

    (b) The Debtor's personal injury claim may have some value beyond what she could exempt.

    (c) Trustee disagreed with Debtor's exemptions as filed. Trustee believed Debtor had over-exempted her assets.

4. Under *Taylor v. Freeland & Kronz,* 503 U.S. 638, closing the meeting of creditors could start the 30 days to object to exemptions.

5. Rather than close the meeting and objecting to Debtor's exemptions, the Trustee kept the meeting open and discussed the case with Debtor's counsel.

6. Debtor in turn has filed amended exemptions, to which Trustee might still object.

7. Trustee failed to calendar the court's order directing that he file a status report.

8. With the scheduling of this hearing Trustee closed the meeting of creditors and filed a notice of assets.

9. Trustee should have closed the meeting by November 15, 2022, but when Trustee read the docket entry scheduling this hearing, he neglected to read the order itself, which gave him additional time to close the meeting.

                                                ZEBLEY MEHALOV & WHITE, P.C.

Dated: December 7, 2022                BY/s/ Charles O. Zebley, Jr.
                                                Charles O. Zebley, Jr., Esquire
                                                PA I.D. No.: 28980
                                                Zebley Mehalov & White, P.C.
                                                P.O. Box 2124
                                                Uniontown, PA 15401
                                                (724) 439-9200
                                                Email: COZ@Zeblaw.com