**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rachel M. Yantos<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−0992<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 21−22710−GLT | |

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Rachel M. Yantos

2/21/23

**By the court:**   Gregory L Taddonio
                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22710-GLT |
| Rachel M. Yantos | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 21, 2023 | Form ID: 318 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rachel M. Yantos, 407 Church St, New Alexandria, PA 15670-3123 |
| 15441948 | | AES/ Key Bank, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15441949 | | AES/Lifr Slt, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15441950 | | Amex/Macys, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15441958 | + | Excela Health Hospital, PO Box 645677, Pittsburgh, PA 15264-5254 |
| 15441959 | | Excela Health Hospital PP, PO Box 645677, Pittsburgh, PA 15264-5254 |
| 15441960 | | Hanger Clinic, 370200 RD Pittsburgh PA Clinic Closet 33, Pittsburgh, PA 15122-1841 |
| 15441961 | | Latrobe Hospital, 1 Mellon Way, Latrobe, PA 15650-1197 |
| 15441962 | | Macy's American Express, PO Box 71361, Philadelphia, PA 19176-1361 |
| 15441963 | | MedExpress, PO Box 14000, Belfast, ME 04915-4033 |
| 15441965 | | Pnc Bank, N.A., Cleveland, OH 44101 |
| 15441966 | | Radiologic Consultants LTD, 717 E Pittsburgh St, Greensburg, PA 15601-2636 |
| 15569209 | | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15441974 | + | Westmoreland Hospital, 532 W Pittsburgh St, Greensburg, PA 15601-2282 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 22 2023 09:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2023 04:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 22 2023 09:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2023 04:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 22 2023 09:19:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15441952 | | EDI: BANKAMER.COM | Feb 22 2023 09:19:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 15441953 | | EDI: BANKAMER.COM | Feb 22 2023 09:19:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15441954 | + | EDI: BANKAMER.COM | Feb 22 2023 09:19:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 15441951 | | EDI: BANKAMER.COM | Feb 22 2023 09:19:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15553142 | | EDI: Q3G.COM | | |

Case 21-22710-GLT   Doc 36   Filed 02/23/23   Entered 02/24/23 00:31:43   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 318 | Total Noticed: 38 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 22 2023 09:19:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15551800 | | EDI: DISCOVER.COM | Feb 22 2023 09:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15441956 | | EDI: DISCOVER.COM | Feb 22 2023 09:19:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15441957 | + | EDI: DISCOVER.COM | Feb 22 2023 09:19:00 | Discover Financial Svcs LLC, PO Box 6103, Carol Stream, IL 60197-6103 |
| 15569217 | | EDI: JEFFERSONCAP.COM | Feb 22 2023 09:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15564759 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 22 2023 04:18:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15441964 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 22 2023 04:18:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |
| 15441955 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 22 2023 04:18:00 | BBVA, Attn: Bankruptcy, PO Box 10566, Birmingham, AL 35296-0001 |
| 15441967 | + | EDI: RMSC.COM | Feb 22 2023 09:19:00 | Syncb/American Eagle DC, PO Box 960013, Orlando, FL 32896-0013 |
| 15441968 | | EDI: RMSC.COM | Feb 22 2023 09:19:00 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15441969 | | EDI: RMSC.COM | Feb 22 2023 09:19:00 | Syncb/Care Credit DC, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 15441970 | | EDI: RMSC.COM | Feb 22 2023 09:19:00 | Syncb/Old Navy DC, PO Box 960017, Orlando, FL 32896-0017 |
| 15442116 | + | EDI: RMSC.COM | Feb 22 2023 09:19:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15441971 | | EDI: RMSC.COM | Feb 22 2023 09:19:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15441972 | | EDI: RMSC.COM | Feb 22 2023 09:19:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15441973 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 22 2023 04:18:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 15569329 | | EDI: BANKAMER.COM | Feb 22 2023 09:19:00 | WOODFOREST NATIONAL BANK, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WOODFOREST NATIONAL BANK |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 318 | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor WOODFOREST NATIONAL BANK bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| John Michael Quain, Jr. | on behalf of Defendant Educational Credit Management Corporation jquain@barley.com jfrench@barley.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone | on behalf of Debtor Rachel M. Yantos robertslone223@gmail.com rslone@pulsenet.com;G17689@notify.cincompass.com |
| Robert H. Slone | on behalf of Plaintiff Rachel M. Yantos robertslone223@gmail.com rslone@pulsenet.com;G17689@notify.cincompass.com |

TOTAL: 7